1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODNEY JAMES MILLS,                    Case No.  2:22-cv-01675-JDP (PC)

12                Plaintiff,                  ORDER DIRECTING PLAINTIFF TO
                                              SUBMIT AN APPLICATION TO PROCEED
13          v.                                IN FORMA PAUPERIS AND AN INMATE
                                              TRUST ACCOUNT STATEMENT
14    J. AGURKIS, *et al.*,

15                Defendants.

16

17          Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action

18    pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis* affidavit or

19    paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  *See* 28 U.S.C.

20    §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate

21    affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees

22    totaling $402.00.

23          The revised *in forma pauperis* application form includes a section that must be completed

24    by a jail official, which must be accompanied by a certified copy of the prisoner's jail trust

25    account statement for the six-month period immediately preceding the filing of this action.

26

27          [1]  If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the
      filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are
28    not required to pay the $52.00 administrative fee.

1

In accordance with the above, it is hereby ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, either an application to proceed *in forma pauperis* on the form provided by the Clerk of Court or the $402.00 filing fee.  Failure to comply with this order will result in a recommendation that this action be dismissed.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:    October 3, 2022    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE